UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STANLEY STEPHENS )<br>    *Plaintiff*, )<br>     )<br>    v. )<br>     )<br>CITY OF LAWRENCE, MICHAEL WALTON )<br>in his individual and official capacity, ERIKA )<br>SCHNEIDER, in her individual and official capacity, )<br>MICHAEL McKENNA in his individual and official )<br>capacity, JAMES PARISH in his individual and )<br>official capacity, and SCOTT EVANS in his )<br>individual and official capacity. )<br>    *Defendants*. ) | CAUSE NO.: 1:13-cv-1503-TWP-DML |

## **MOTION TO STRIKE**

Comes now the Plaintiff, Stanley Stephens, by counsel, and hereby moves the court to strike the Defendants' Cross Motion for Summary Judgment, Memorandum in Support and Response In Opposition to Plaintiff's Motion for Partial Summary, including all designated evidence hereafter filed as untimely, and in support thereof states the following:

1. Pursuant to the Case Management Plan agreed to and approved by the Court on December 31, 2013, any and all dispositive motions were to be filed by September 19, 2014. (ECF No. 19).

2. On September 4, 2014 the Defendants filed a Motion for the Enlargement of Time for the filing of dispositive motions until October 19, 2014. (ECF No. 37)

3. On September 5, 2014 the Court granted the Defendants' Motion for the Enlargement of Time for the filing of their dispositive motion until October 19, 2014. (ECF No. 38)

4. On September 12, 2014 the Plaintiff filed his Motion for Partial Summary Judgment. (ECF No. 39).

5. Defendants' Response to Plaintiff's Motion for Partial Summary Judgment was otherwise due on October 10, 2014.

6. On September 24, 2014 the Defendants filed a Motion for the Enlargement of Time to

Respond to Plaintiff's Motion for Partial Summary Judgment until October 19, 2014. (ECF No. 44).

7. On September 24, 2014 the Court granted the Defendants' Motion for the Enlargement Time, giving the Defendants' until October 19, 2014 to file a Response. (ECF No. 45). The Court also advised the Parties to anticipate no further extensions of time so as not to impact the current trial date.

8. The Defendants have failed to file a dispositive motion or Response to Plaintiff's Motion for Partial Summary Judgment by or before October 19, 2014.

WHEREFORE, Plaintiff, by counsel, requests the Court strike any Cross Motion for Summary Judgment, Memorandum in Support and Response In Opposition to Plaintiff's Motion for Partial Summary Judgment, including all designated evidence in support, filed by the Defendants as untimely filed.

Respectfully Submitted,

s/ Travis W. Cohron
Travis W. Cohron, No. 29562-30
Attorney for Plaintiff, Stanley Stephens

Holt Legal Group, LLP
83 S. 9th Street
Noblesville, IN  46060
(317) 773-5997
tcohron@holtlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    Rosemary L. Borek
    rborek@stephlaw.com
    James S. Stephenson
    jstephenson@stephlaw.com
    STEPHENSON, MORROW & SEMLER
    3077 E. 98th St., Suite 240
    Indianapolis, IN 46280

                                                      s/ Travis W. Cohron